1  Name: Raymond Idemudia Aigbekaen
2  Address: FCI Fort Dix, P.O. Box 2000, Fort Dix, NJ 08640
3  Telephone Phone: unknown.
4  Email: N/A.

**FILED**
Aug 18 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ soniad   DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Raymond Idemudia Aigbekaen,

Plaintiff(s),

v.

Apple Inc
Timothy Cook
Industrial Engineer extraordinaire.

Defendant(s).

Case No.: **'20CV1603 JAH LL**
(assigned at time of filing)

**COMPLAINT**

## I. RELATED CASES

a.  Do you have other Civil Case(s) in this or any other federal court?

☒ Yes   ☐ No

b.  If yes, please list the case numbers here:
Please do a pacer search. Thanks.

## II. STATEMENT OF CLAIM *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

**III.   RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

**IV. DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes      ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

08-12-2020
Date

*Raymond Aigbekaen*
Signature

RAYMOND I. AIGBEKAEN
Printed Name

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORINA

OFFICE OF THE CLERK
333 W. BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

Exhibit



♪ ♫ Dem go deny you dem no know you again O!
dem go deny you, Dem no kno you again

Today's Submissions



Raymond Aigbekaln # 94655-379
P.O. Box 2000
Fort Dix, NJ 08640





Raymond [...]
P.O. Box 2580
Fort Dix, NJ 08640



Office of the Clerk
U.S. Dist. Court California
333 W. Broadway Suite 420
San Diego, California 92101

CLERK US DISTRICT COURT
AUG 18 2020
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED